IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CARLOS D. LINDSEY,

       Plaintiff,          ORDER

 v.

                      14-cv-357-jdp

LIEUTENANT DANE ESSER, and
CORRECTIONAL OFFICER TAYLOR,

       Defendants.

---

  Pro se prisoner Carlos Lindsey is proceeding on his claim that defendants Lieutenant Dane Esser and Correctional Officer Taylor violated his Eighth Amendment rights by creating unsanitary conditions in his cell. At the preliminary pretrial conference held on October 8, 2014, Magistrate Judge Stephen L. Crocker set the schedule for this case, including deadlines for filing dispositive motions. The deadline for defendants to raise plaintiff's failure to exhaust administrative remedies was November 21, 2014, but the deadline for filing all other dispositive motions is May 29, 2015. Plaintiff filed a motion for summary judgment on November 21. Dkt. 16. I will deny his motion without prejudice, because plaintiff failed to follow the procedures as outlined in the *Procedure To Be Followed On Motions For Summary Judgment*. This procedure was included with the October 13, 2014, pretrial conference order. Dkt. 15, at 13-21. Plaintiff should pay particular attention to those parts of the procedure that require him to submit proposed findings of fact in support of his motion and to point to admissible evidence in the record to support each factual proposition.

ORDER

  IT IS ORDERED that plaintiff Carlos Lindsey's motion for summary judgment, Dkt. 16, is DENIED without prejudice to his refiling his motion by the May 29, 2015, deadline. Plaintiff

must follow the summary judgment procedures that are outlined in the pretrial conference order.

Entered this 11th day of December, 2014.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge