IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CARLOS D. LINDSEY,

    Plaintiff,                               JUDGMENT IN A CIVIL CASE

    v.                                           Case No. 14-cv-357-jdp

DANE ESSER AND MARY TAYLOR,

    Defendants.

    This action came before the court for consideration with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Dane Esser and Mary Taylor granting their motion for summary judgment and dismissing this case.

    /s/                                                     8/25/2015

Peter Oppeneer, Clerk of Court                  Date